COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| IN THE | § | No. 08-17-00188-CV |
| INTEREST OF | § | Appeal from the |
| B.S.R., A CHILD. | § | 383rd District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2011DCM10219) |
| | § | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. Finding that the clerk's record has not been filed because Appellant, Jose Manuel Sanchez III, has failed to make financial arrangements to pay for the clerk's record, we dismiss the appeal for want of prosecution.

The El Paso County District Clerk notified the Court that Appellant has not made financial arrangements to pay for preparation of the clerk's record as required by TEX.R.APP.P. 35.3(a)(2). The Clerk of this Court notified Appellant that the Court intended to dismiss the appeal for want of prosecution unless Appellant responded within ten days and showed grounds for continuing the appeal. *See* TEX.R.APP.P. 37.3(b). Appellant has not filed any response establishing that he is entitled to appeal without paying for the clerk's record or that he has made arrangements to pay for preparation of the clerk's record. We conclude that the clerk's record has not been filed due to

the fault of the Appellant. Accordingly, we dismiss the appeal for want of prosecution. *See*

TEX.R.APP.P. 37.3(b), 42.3(b), (c).


                                        GINA M. PALAFOX, Justice

November 8, 2017

Before McClure, C.J., Rodriguez, and Palafox, JJ.